# Expanded Payment Schedule

Case Nbr: 1720337  
Debtor(s)  
RICE, SUSAN D  
656 EMERSON STREET  
ROCHESTER, NY 14613  

*Exhibit A*

Attorney  
JOHN D WIESER, ESQ.  
2350 NORTH FOREST ROAD, STE 24 B  
GETZVILLE, NY 14068  

Base 38,400.00  
Sched Tot 38,400.00  
Filed 04/04/2017  
341 05/08/2017  
Conf 02/26/2018  
Months 60  

| Plan Month | Payment Month | Monthly Amt Due | Monthly Amt Paid | Total Amt Due | Total Amt Paid | Total Delinquent |
|---|---|---|---|---|---|---|
| 1 | 05/2017 | 640.00 | 0.00 | 640.00 | 0.00 | 640.00 |
| 2 | 06/2017 | 640.00 | 640.00 | 1,280.00 | 640.00 | 640.00 |
| 3 | 07/2017 | 640.00 | 640.00 | 1,920.00 | 1,280.00 | 640.00 |
| 4 | 08/2017 | 640.00 | 640.00 | 2,560.00 | 1,920.00 | 640.00 |
| 5 | 09/2017 | 640.00 | 640.00 | 3,200.00 | 2,560.00 | 640.00 |
| 6 | 10/2017 | 640.00 | 400.00 | 3,840.00 | 2,960.00 | 880.00 |
| 7 | 11/2017 | 640.00 | 400.00 | 4,480.00 | 3,360.00 | 1,120.00 |
| 8 | 12/2017 | 640.00 | 700.00 | 5,120.00 | 4,060.00 | 1,060.00 |
| 9 | 01/2018 | 640.00 | 640.00 | 5,760.00 | 4,700.00 | 1,060.00 |
| 10 | 02/2018 | 640.00 | 790.00 | 6,400.00 | 5,490.00 | 910.00 |
| 11 | 03/2018 | 640.00 | 890.00 | 7,040.00 | 6,380.00 | 660.00 |
| 12 | 04/2018 | 640.00 | 640.00 | 7,680.00 | 7,020.00 | 660.00 |
| 13 | 05/2018 | 640.00 | 640.00 | 8,320.00 | 7,660.00 | 660.00 |
| 14 | 06/2018 | 640.00 | 640.00 | 8,960.00 | 8,300.00 | 660.00 |
| 15 | 07/2018 | 640.00 | 640.00 | 9,600.00 | 8,940.00 | 660.00 |
| 16 | 08/2018 | 640.00 | 640.00 | 10,240.00 | 9,580.00 | 660.00 |
| 17 | 09/2018 | 640.00 | 640.00 | 10,880.00 | 10,220.00 | 660.00 |
| 18 | 10/2018 | 640.00 | 640.00 | 11,520.00 | 10,860.00 | 660.00 |
| 19 | 11/2018 | 640.00 | 640.00 | 12,160.00 | 11,500.00 | 660.00 |
| 20 | 12/2018 | 640.00 | 640.00 | 12,800.00 | 12,140.00 | 660.00 |
| 21 | 01/2019 | 640.00 | 640.00 | 13,440.00 | 12,780.00 | 660.00 |
| 22 | 02/2019 | 640.00 | 640.00 | 14,080.00 | 13,420.00 | 660.00 |
| 23 | 03/2019 | 640.00 | 640.00 | 14,720.00 | 14,060.00 | 660.00 |
| 24 | 04/2019 | 640.00 | 640.00 | 15,360.00 | 14,700.00 | 660.00 |
| 25 | 05/2019 | 640.00 | 640.00 | 16,000.00 | 15,340.00 | 660.00 |
| 26 | 06/2019 | 640.00 | 640.00 | 16,640.00 | 15,980.00 | 660.00 |
| 27 | 07/2019 | 640.00 | 0.00 | 17,280.00 | 15,980.00 | 1,300.00 |
| 28 | 08/2019 | 640.00 | 1,280.00 | 17,920.00 | 17,260.00 | 660.00 |
| 29 | 09/2019 | 640.00 | 640.00 | 18,560.00 | 17,900.00 | 660.00 |
| 30 | 10/2019 | 640.00 | 640.00 | 19,200.00 | 18,540.00 | 660.00 |
| 31 | 11/2019 | 640.00 | 640.00 | 19,840.00 | 19,180.00 | 660.00 |
| 32 | 12/2019 | 640.00 | 640.00 | 20,480.00 | 19,820.00 | 660.00 |
| 33 | 01/2020 | 640.00 | 640.00 | 21,120.00 | 20,460.00 | 660.00 |
| 34 | 02/2020 | 640.00 | 0.00 | 21,760.00 | 20,460.00 | 1,300.00 |
| 35 | 03/2020 | 640.00 | 740.00 | 22,400.00 | 21,200.00 | 1,200.00 |
| 36 | 04/2020 | 640.00 | 0.00 | 23,040.00 | 21,200.00 | 1,840.00 |
| 37 | 05/2020 | 640.00 | 0.00 | 23,680.00 | 21,200.00 | 2,480.00 |
| 38 | 06/2020 | 640.00 | 0.00 | 24,320.00 | 21,200.00 | 3,120.00 |
| 39 | 07/2020 | 640.00 | 540.00 | 24,960.00 | 21,740.00 | 3,220.00 |

Expanded Payment Schedule

Case Nbr: 1720337
Debtor(s)
RICE, SUSAN D
656 EMERSON STREET
ROCHESTER, NY 14613

Attorney
JOHN D WIESER, ESQ.
2350 NORTH FOREST ROAD, STE 24 B
GETZVILLE, NY 14068

Base 38,400.00
Sched Tot 38,400.00
Filed 04/04/2017
341 05/08/2017
Conf 02/26/2018
Months 60

| Plan Month | Payment Month | Monthly Amt Due | Monthly Amt Paid | Total Amt Due | Total Amt Paid | Total Delinquent |
|---|---|---|---|---|---|---|
| 40 | 08/2020 | 640.00 | 840.00 | 25,600.00 | 22,580.00 | 3,020.00 |
| 41 | 09/2020 | 640.00 | 0.00 | 26,240.00 | 22,580.00 | 3,660.00 |
| 42 | 10/2020 | 640.00 | 840.00 | 26,880.00 | 23,420.00 | 3,460.00 |
| 43 | 11/2020 | 640.00 | 840.00 | 27,520.00 | 24,260.00 | 3,260.00 |
| 44 | 12/2020 | 640.00 | 840.00 | 28,160.00 | 25,100.00 | 3,060.00 |
| 45 | 01/2021 | 640.00 | 1,680.00 | 28,800.00 | 26,780.00 | 2,020.00 |
| 46 | 02/2021 | 640.00 | 0.00 | 29,440.00 | 26,780.00 | 2,660.00 |
| 47 | 03/2021 | 640.00 | 840.00 | 30,080.00 | 27,620.00 | 2,460.00 |
| 48 | 04/2021 | 640.00 | 1,680.00 | 30,720.00 | 29,300.00 | 1,420.00 |
| 49 | 05/2021 | 640.00 | 0.00 | 31,360.00 | 29,300.00 | 2,060.00 |
| 50 | 06/2021 | 640.00 | 840.00 | 32,000.00 | 30,140.00 | 1,860.00 |
| 51 | 07/2021 | 640.00 | 1,680.00 | 32,640.00 | 31,820.00 | 820.00 |
| 52 | 08/2021 | 640.00 | 0.00 | 33,280.00 | 31,820.00 | 1,460.00 |
| 53 | 09/2021 | 640.00 | 840.00 | 33,920.00 | 32,660.00 | 1,260.00 |
| 54 | 10/2021 | 640.00 | 400.00 | 34,560.00 | 33,060.00 | 1,500.00 |
| 55 | 11/2021 | 640.00 | 0.00 | 35,200.00 | 33,060.00 | 2,140.00 |
| 56 | 12/2021 | 640.00 | 400.00 | 35,840.00 | 33,460.00 | 2,380.00 |
| 57 | 01/2022 | 640.00 | 0.00 | 36,480.00 | 33,460.00 | 3,020.00 |
| 58 | 02/2022 | 640.00 | 0.00 | 37,120.00 | 33,460.00 | |
| 59 | 03/2022 | 640.00 | 0.00 | 37,760.00 | 33,460.00 | |
| 60 | 04/2022 | 640.00 | 0.00 | 38,400.00 | 33,460.00 | |

01/28/2022