UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:                                                  **ORDER DISMISSING CASE**
        Susan D. Rice,                                  Case No.: 17-20337-PRW
                                                        Chapter 13
                                        Debtor.

The above Debtor, having failed to make plan payments pursuant to the confirmed plan, as
appears from the sworn statement of the Trustee, and due notice having been given to said
Debtor and the Debtor's attorney, and no one having appeared in opposition thereto,
Now on motion of George M. Reiber, Trustee, it is:

ORDERED that the petition filed under Chapter 13 of the Bankruptcy Code on April 4, 2017, be
dismissed pursuant to 11 U.S.C. § 1307(c)(1) for unreasonable delay, prejudicial to creditors, and
§ 1307(c)(6) for material default by the Debtor with respect to the terms of the confirmed plan;
and it is further

ORDERED that the Court retains jurisdiction to receive and pass upon the final report of the
Trustee and to make such further orders with respect to fees as may be necessary; and it is further

ORDERED that the Trustee shall take all necessary steps to close this case; and it is further

ORDERED that all creditors of this proceeding be, and they hereby are, notified of the dismissal
of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.


Dated: _____          _____
        Rochester, New York             HON. PAUL R. WARREN
                                        United States Bankruptcy Judge